UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ANITA COOLEY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:15-CV-1086 JAR |
| CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Reverse and Remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 17) Plaintiff has no objection to Defendant's motion. (Doc. No. 18)

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand [17] is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **REVERSED AND REMANDED** to the ALJ for consideration of Plaintiff's age change to 55 years old on March 27, 2014. The ALJ shall also determine whether Plaintiff has additional vocational adversities that warrant a finding of disabled on the hearing decision date, prior to her 55th birthday in accordance with 20 C.F.R. §§ 404.1563 and 416.963.

A separate Judgment will accompany this order.

Dated this 5th day of January, 2016.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**